MATTHEW LEWIS (SBN 155516)
Email: mlewis@whitecase.com
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071-2433
Telephone:  (213) 620-7700
Facsimile:   (213) 452-2329

JEREMY T. ELMAN (SBN 223696)
email: jelman@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
Two Palo Alto Square, Suite 900
Palo Alto, CA  94306
Telephone:  (650) 213-0300
Facsimile:   (650) 213-8158

STEFAN M. MENTZER (admitted *pro hac vice*)
email: smentzer@whitecase.com
TIMOTHY F. KEEGAN (admitted *pro hac vice*)
email: timothy.keegan@whitecase.com
DANIEL LEDESMA (admitted *pro hac vice*)
email: daniel.ledesma@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas,
Floor 49 Reception
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:   (212) 354-8113

Attorneys for Defendant NetEase, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendants. | Case No.  2:20-cv-00861 AB(PJWx)<br><br>**REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF JACQUES DELISLE**<br><br>Judge:  Hon. André Birotte Jr. |

1    Defendant NetEase, Inc. ("NetEase") respectfully requests leave to file the
2    Supplemental Declaration of Jacques deLisle, attached as Exhibit A, in support of
3    NetEase's motion to dismiss (ECF No. 21).
4    At the August 4, 2020 hearing on NetEase's motion to dismiss, the Court
5    inquired why China would be an adequate forum to litigate these claims.  *See* Ex.
6    B, at 32.  In addition to the arguments presented in its briefing and at the hearing,
7    NetEase respectfully offers for the Court's consideration a declaration by Prof.
8    Jacques deLisle, a scholar on Chinese law.  The declaration addresses the rights and
9    remedies available under the laws of the People's Republic of China; the
10   procedures, quality, and reputation of Chinese courts that would adjudicate
11   Plaintiff's claims, including actions for copyright infringement; and the availability
12   of Chinese courts to hear the claims for copyright infringement asserted by
13   Plaintiff.  Good cause exists to grant NetEase's request for leave, as the declaration
14   would allow the Court to consider NetEase's motion to dismiss on *forum non*
15   *conveniens* grounds based on a more complete factual record.
16   For these reasons, NetEase respectfully requests that the Court grant its
17   request for leave to file the supplemental declaration attached as Exhibit A.

19   Dated:  August 17, 2020          Respectfully submitted,
20                                    WHITE & CASE LLP
21                                    */s/ Stefan M. Mentzer*
                                      Stefan M. Mentzer
22
                                      *Attorneys for Defendant NetEase, Inc.*