UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER STROSS, an individual<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-00861 AB(PJWx)<br>Related Cases:<br>Case No: 2:20-cv-00862<br>Case No: 2:20-cv-00863<br>Case No: 2:20-cv-02044<br><br>Hon. André Birotte Jr.<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION OF JACQUES DELISLE**<br><br>Complaint Filed: January 28, 2020 |

1  The Court, having considered the request by defendant NetEase, Inc.
2  ("NetEase") for leave to file the supplemental declaration of Jacques deLisle in
3  support of NetEase's motion to dismiss, HEREBY ORDERS that the request for
4  leave is GRANTED.
5  The Supplemental Declaration of Jacques deLisle in Support of NetEase's
6  Motion to Dismiss shall be deemed filed as of today's date.
7  SO ORDERED.
8
9  Date: _____             _____
10                                      Honorable André Birotte Jr.
                                        United States District Court Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28