Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDER STROSS,<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-00861-AB-JC<br><u>Hon. André Birotte Jr. Presiding</u><br><br>**DECLARATION OF BENJAMIN F. TOOKEY IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S NOTICE OF MOTION AND MOTION IN LIMINE NO. 5** |

I, Benjamin F. Tookey, Esq., declare as follows:

1. I am above 18 years of age. The below testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am an associate attorney at Doniger/Burroughs, which represents Plaintiff Alexander Stross in this action.

3. Attached hereto as **Exhibit 1** is a true and correct copy of excerpts of the deposition transcript of Plaintiff Alexander Stross, taken on April 20, 2021.

4. Attached hereto as **Exhibit 2** is a true and correct copy of Exhibit 128 to the deposition of Stross, which includes the searches and search results that are referenced in and the subject of Exhibit 1 hereto.

5. Attached hereto as **Exhibit 3** is a true and correct copy of Stross' expert disclosures served on Defendant NetEase, Inc. on May 17, 2021.

6. I declare under the penalty of perjury and the laws of the United States of America that the above is true and correct.

Executed on September 2, 2022 in Venice, California.

By: */s/ Benjamin F. Tookey*
Benjamin F. Tookey, Esq.
Declarant