1
2
3
4
5
6

Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820
Attorneys for Plaintiff

7
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11
12
13
14
15
16

| | |
|---|---|
| ALEXANDER STROSS,<br><br>Plaintiff,<br><br>v.<br><br>NETEASE, INC., et al.,<br><br>Defendants. | Case No. 2:20-cv-00861-AB-JC<br>*Hon. André Birotte Jr. Presiding*<br><br>**DECLARATION OF STEPHEN M. DONIGER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO CORRECT EXHIBIT LIST** |

17
18
19
20
21
22
23
24
25
26
27
28

I, Stephen M. Doniger, Esq., declare as follows:

1. I am above 18 years of age. I am an attorney licensed to practice law in the State of California and admitted to practice before this Court. I am lead trial counsel for Plaintiff Alexander Stross in this case. The below testimony is given from my own personal knowledge. If called as a witness, I could and would competently testify as set forth below.

2. Attached hereto as **Exhibit 1** is a true and correct copy of email correspondence from my firm to counsel for Defendant NetEase, Inc. on July 12, 15, and 27, 2022, to which counsel for NetEase did not respond.

3. Attached hereto as **Exhibit 2** is a true and correct copy of email correspondence between my firm and counsel for NetEase on August 22-23 and 25-26, 2022, regarding NetEase's failure to provide whatever additions it had to the exhibit list by August 25, 2022.

4. Attached hereto as **Exhibit 3** is a true and correct copy of email correspondence between my firm and counsel for NetEase on August 26, 2022, regarding NetEase's failure to provide whatever additions it had to the exhibit list by noon on August 26, 2022.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email and its attachment that my firm received from counsel for NetEase at 1:58 PM PT on August 26, 2022 disclosing, for the first time, NetEase's purported additions to the exhibit list.

6. Attached hereto as **Exhibit 5** is a true and correct copy of email correspondence from my firm to counsel for NetEase on August 29-31, 2022, to which counsel for NetEase did not respond.

7. Attached hereto as **Exhibit 6** is a true and correct copy of email correspondence between my firm and counsel for NetEase on September 2 and 5-6, 2022, regarding the exhibit list at issue.

8. I declare under the penalty of perjury and the laws of the United

1    States of America that the above is true and correct.

2            Executed on September 13, 2022 in Venice, California.

3                                    By:    */s/ Stephen M. Doniger*

4                                           Stephen M. Doniger, Esq.
                                            Declarant
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION