UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 20-00861-AB (JCx) | Date: | September 16, 2022 |
| Title: | Alexander Stross v. Netease, Inc. et al | | |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Stephen M. Doniger | Leodis Clyde Matthews |
| Benjamin Firestone Tookey | Sara J O'Connell |

**Proceedings:** PRETRIAL CONFERENCE

**PLAINTIFF'S MOTION IN LIMINE:**

NO. 1 TO EXCLUDE ALL TESTIMONY, ARGUMENT, AND EVIDENCE CHALLENGING THE VALIDITY OF PLAINTIFF'S COPYRIGHT REGISTRATIONS [131];

NO. 2 TO EXCLUDE ALL TESTIMONY, ARGUMENT, AND EVIDENCE OF OTHER LAWSUITS INVOLVING PLAINTIFF [132];

NO. 3 TO EXCLUDE DEFENDANT NETEASE, INC.'S EXPERT DR. HENRY HOUH'S UNTIMELY SUPPLEMENTAL REPORT [133];

NO. 4 TO EXCLUDE TESTIMONY, ARGUMENT, AND EVIDENCE REGARDING PLAINTIFF'S COUNSEL, ITS OTHER CLIENTS, AND ITS COMMUNICATIONS WITH NON-PARTIES [137];

NO. 5 TO EXCLUDE HEARSAY AND OTHERWISE IMPROPER TESTIMONY FROM DEFENDANT NETEASE, INC. RELATED TO NON-PARTY WANGSU SCIENCE & TECHNOLOGY, CO., LTD. [134];

NO. 6 TO EXCLUDE EVIDENCE, ARGUMENT AND TESTIMONY REGARDING AFFIRMATIVE DEFENSES NOT ASSERTED IN DEFENDANT'S ANSWER [135];

NO. 7 TO EXCLUDE UNTIMELY PRODUCED DOCUMENTS [136]

**DEFENDANT NETEASE'S MOTION IN LIMINE:**

NO. 1 TO PRECLUDE EVIDENCE AND ARGUMENT RELATING TO PURPORTED EXTRATERRITORIAL COPYRIGHT INFRINGEMENT [140];

NO. 2 TO EXCLUDE ALL EVIDENCE, TESTIMONY AND REFERENCE TO UNPLED PHOTOGRAPHS [141];

NO. 3 TO EXCLUDE EVIDENCE OF IMAGERIGHTS' SCREEN SHOTS TO THE EXTENT THEY DISPLAY IMAGES OF PHOTOGRAPHS WHICH ARE NOT IDENTIFIED IN PLAINTIFF'S COMPLAINT [142];

NO. 4 TO EXCLUDE DAMAGES EVIDENCE [147];

NO. 5 TO PRECLUDE EXPERT TESTIMONY FROM PLAINTIFF STROSS [145];

NO. 6 TO EXCLUDE EVIDENCE OF IMAGERIGHT'S SIGHTING REPORTS TO THE EXTENT THEY DISPLAY IMAGES OF PHOTOGRAPHS WHICH ARE NOT INCLUDED IN PLAINTIFF'S COMPLAINT OR RULE 26 DISCLOSURES [143];

NO. 7 TO EXCLUDE TESTIMONY OF PROPOSED PLAINTIFF'S EXPERT DAVID MARTENS [149];

NO. 8 TO EXCLUDE EVIDENCE REGARDING THE DY.COM SUBDOMAIN [146]

(Video Conference-Zoom)

The Court, having conferred with counsel, allots 10 hours of trial time to each side, excluding openings and closings. Opening statements must not exceed 20 minutes per side, and closing arguments must not exceed 40 minutes per side. Plaintiff will have an additional 10 minutes for rebuttal.

The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby rules on the motions as follows:

Plaintiff's Motion in Limine:
No. 1 To Exclude All Testimony, Argument, And Evidence Challenging The Validity Of Plaintiff's Copyright Registrations [131] - MOOT

No. 2 To Exclude All Testimony, Argument, And Evidence Of Other Lawsuits Involving Plaintiff [132] – GRANTED

No. 3 To Exclude Defendant Netease, Inc.'s Expert Dr. Henry Houh's Untimely Supplemental Report [133] – GRANTED IN PART AND DENIED IN PART

No. 4 To Exclude Testimony, Argument, And Evidence Regarding Plaintiff's Counsel, Its Other Clients, And Its Communications With Non-Parties [137] - GRANTED

No. 5 To Exclude Hearsay And Otherwise Improper Testimony From Defendant Netease, Inc. Related To Non-Party Wangsu Science & Technology, Co., Ltd. [134] – DENIED WITHOUT PREJUDICE

No. 6 To Exclude Evidence, Argument And Testimony Regarding Affirmative Defenses Not Asserted In Defendant's Answer [135] - GRANTED

No. 7 To Exclude Untimely Produced Documents [136] - DENIED

Defendant's Motion in Limine:
No. 1 To Preclude Evidence And Argument Relating To Purported Extraterritorial Copyright Infringement [140] - DENIED

No. 2 To Exclude All Evidence, Testimony And Reference To Unpled Photographs [141] – DENIED

No. 3 To Exclude Evidence Of ImageRights' Screen Shots To The Extent They Display Images Of Photographs Which Are Not Identified In Plaintiff's Complaint [142] - DENIED

No. 4 To Exclude Damages Evidence [147] – DENIED WITHOUT PREJUDICE

No. 5 To Preclude Expert Testimony From Plaintiff Stross [145] - GRANTED

No. 6 To Exclude Evidence Of Imageright's Sighting Reports To The Extent They Display Images Of Photographs Which Are Not Included In Plaintiff's Complaint Or Rule 26 Disclosures [143] - DENIED

No. 7 To Exclude Testimony Of Proposed Plaintiff's Expert David Martens [149] - DENIED

No. 8 To Exclude Evidence Regarding The Dy.Com Subdomain [146] – DENIED WITHOUT PREJUDICE

Counsel shall meet and confer and file the following documents no later than September 30, 2022:
    Joint Exhibit List and objections; and
    Proposed Jury Instructions

Counsel shall further meet and confer regarding the Chinese translation issue and potential remote testimony of Defendant's witness.